JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 83908)
J.T. WELLS BLAXTER (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Email: morlick@jmbm.com
wblaxter@jmbm.com

Attorneys for Plaintiffs
GRH KAYSVILLE, LLC and
JASON HAWKINS HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRH KAYSVILLE, LLC; an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>OROVILLE PLAZA COMPANY, a California Partnership, OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California Corporation,<br><br>Defendants. | CASE NO. 2:07-cv-00440-MCE-GGH<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record as follows:

**WHEREAS** Plaintiffs filed the Complaint for Damages for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Intentional and Negligent Interference with Prospective Economic Advantage, Declaratory and Injunctive Relief on March 6, 2007;

**AND WHEREAS** Plaintiffs granted Defendants an additional 10 days to respond to the Complaint;

1  **AND WHEREAS** Defendants filed a Motion to Dismiss for Lack of Subject Matter
2  Jurisdiction on April 4, 2007, alleging Plaintiffs failed to properly plead the existence of diversity
3  jurisdiction by failing to set forth the Plaintiffs' citizenship or the citizenship of their respective
4  members.  Defendants also contend the Complaint fails to allege any facts relating to the citizenship
5  of the Defendants;

6  **AND WHEREAS** the parties have met and conferred and agree that Plaintiffs should be
7  permitted to amend the Complaint to cure the alleged defects upon which Defendants' Motion to
8  Dismiss for Lack of Subject Matter Jurisdiction is based;

9  **AND WHEREAS** the parties agree that Defendants' Motion to Dismiss for Lack of Subject
10 Matter Jurisdiction will be withdrawn without prejudice as moot should the Court grant this order;

11 **IT IS HEREBY AGREED AND STIPULATED** by and between the parties, through their
12 respective counsel that Plaintiffs should be granted leave to amend the complaint to cure the alleged
13 defects regarding subject matter jurisdiction.  The amended complaint shall be filed and served
14 within 10 days of entry of this order granting leave to amend.

15 **IT IS SO STIPULATED.**

16 DATED: April___, 2007                GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER, LLP

By: _____
         GARRETT L. HANKEN, ESQ.

Attorneys for Defendants OROVILLE PLAZA COMPANY, OROVILLE PLAZA SHOPPING CENTER, L.P. and ALBERT B. GLICKMAN & ASSOCIATES

DATED: April ___, 2007               JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
         MARTIN H. ORLICK, ESQ.

Attorneys for Plaintiffs GRH KAYSVILLE, LLC, an Idaho limited liability company and JASON HAWKINS HOLDINGS, LLC, an Idaho limited liability company

**ORDER**

Pursuant to foregoing stipulation, **IT IS SO ORDERED**.  Plaintiffs are granted leave to file the [Proposed] First Amended Complaint For Damages For Breach Of Contract, Breach Of The Covenant Of Good Faith And Fair Dealing, Intentional And Negligent Interference With Prospective Economic Advantage, Declaratory Relief And Injunctive Relief attached to this stipulation and order as Exhibit "A."  The amended complaint shall be filed and served within ten (10) days from entry of this order.  Defendants' Motion To Dismiss For Lack of Subject Matter Jurisdiction is taken off calendar as moot.  Plaintiffs shall serve Notice of Entry of this Order within five (5) days of entry.

DATED: April 27, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PRINTED ON
RECYCLED PAPER

- 3 -