GARRETT L. HANKEN (SBN 057213)
NORMAN H. LEVINE (SBN 061884)
NATASHA A. BELLROTH (SBN 223482)
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Tel: 310.553.3610/Fax: 310.553.0687
ghanken@ggfirm.com
nlevine@ggfirm.com
nbellroth@ggfirm.com

Attorneys for Defendants Oroville Plaza Company, Oroville Plaza Shopping Center, L.P., and Albert B. Glickman & Associates, and Counterclaimant Orville Plaza Shopping Center, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRH KAYSVILLE, LLC; an Idaho Limited Liability Company and JASON HAWKINS HOLDING, LLC; an Idaho Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>OROVILLE PLAZA COMPANY, a Calofornia Partnership, OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California partnership,<br><br>Defendants. | Case No. 07 CV 00440 MCE-GGH<br><br>Assigned To: Hon. Morrison C. England, Jr., District Judge<br><br>STIPULATION REGARDING EXTENSION OF TIME TO MAKE INITIAL DISCLOSURES AND ORDER THEREON<br><br>Honorable Morrison C. England, Jr.<br><br>Action Filing Date: March 5, 2007 |
| OROVILLE PLAZA SHOPPING CENTER, L.P.,<br><br>Counterclaimant,<br><br>v.<br><br>GRH KAYSVILLE, LLC; an Idaho Limited Liability Company and JASON HAWKINS HOLDING, LLC; an Idaho Limited Liability Company,<br><br>Counter-defendants. | |

1589737.1
31625-02003

1  The parties to this action, through their respective counsel of record, hereby
2  stipulate and agree that the time for the making of Initial Disclosures pursuant to
3  FRCP 26(a)(1) in this matter, currently June 18, 2007, shall be extended for two
4  weeks until July 2, 2007.  The parties are not, at this time, stipulating to continue
5  any other dates.

7  The parties are entering into this stipulation because OROVILLE PLAZA
8  COMPANY, OROVILLE PLAZA SHOPPING CENTER, L.P., and ALBERT B.
9  GLICKMAN & ASSOCIATES are retaining Brigit S. Barnes, 3262 Penryn Road,
10 #200, Loomis, California 95650 as counsel and Ms. Barnes will assume the role of
11 lead counsel in this matter.  Accordingly, the parties are stipulating to and
12 requesting an extension of the due date of Initial Disclosures, to and including July
13 2, 2007, to allow Ms. Barnes time to familiarize herself with the case.

17 DATED:  June 18, 2007         GREENBERG GLUSKER FIELDS
                                 CLAMAN & MACHTINGER LLP

20                               By: _____/s/_____
                                     NATASHA A. BELLFROTH
21                                   Attorneys for Defendants Oroville Plaza
                                     Company, Oroville Plaza Shopping Center,
22                                   L.P., and Albert B. Glickman & Associates,
                                     and Counterclaimant Orville Plaza Shopping
23                                   Center, L.P.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1589737.1
31625-02003

2

1  DATED: June 18, 2007           JEFFER, MANGELS, BUTLER &
                                  MARMARO LLP

              By: _____/s/_____
                   J.T. Wells Blaxter
                   Attorneys for Plaintiffs
                   GRH KAYSVILLE, LLC and
                   JASON HAWKINS HOLDINGS, LLC

**ORDER**

IT IS SO ORDERED.

DATED: June 21, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1589737.1
31625-02003

3