GARRETT L. HANKEN (SBN 057213)
NORMAN H. LEVINE (SBN 061884)
NATASHA A. BELLROTH (SBN 223482)
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Tel: 310.553.3610/Fax: 310.553.0687
ghanken@ggfirm.com
nlevine@ggfirm.com
nbellroth@ggfirm.com

Attorneys for Defendants Oroville Plaza Company, Oroville Plaza Shopping Center, L.P., and Albert B. Glickman & Associates, and Counterclaimant Orville Plaza Shopping Center, L.P.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRH KAYSVILLE, LLC; an Idaho Limited Liability Company and JASON HAWKINS HOLDING, LLC; an Idaho Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>OROVILLE PLAZA COMPANY, a California Partnership, OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California partnership,<br><br>Defendants.<br><br>OROVILLE PLAZA SHOPPING CENTER, L.P.,<br><br>Counterclaimant,<br><br>v.<br><br>GRH KAYSVILLE, LLC; an Idaho Limited Liability Company and JASON HAWKINS HOLDING, LLC; an Idaho Limited Liability Company,<br><br>Counter-defendants. | Case No. 2:07-cv-00440-MCE-GGH<br><br>Assigned To: Hon. Morrison C. England, Jr., District Judge<br><br>FURTHER STIPULATION REGARDING EXTENSION OF TIME TO MAKE INITIAL DISCLOSURES AND ORDER THEREON<br><br>Honorable Morrison C. England, Jr.<br><br>Action Filing Date: March 5, 2007 |

1591894.1
31625-02003

The parties to this action, through their respective counsel of record, hereby stipulate and agree that the time for the making of Initial Disclosures pursuant to FRCP 26(a)(1) in this matter, currently July 2, 2007, shall be extended for one week until July 9, 2007. The parties are not, at this time, stipulating to continue any other dates.

The parties are entering into this stipulation because OROVILLE PLAZA COMPANY, OROVILLE PLAZA SHOPPING CENTER, L.P., and ALBERT B. GLICKMAN & ASSOCIATES counsel Brigit S. Barnes has been unable to complete the initial disclosures due to illness. Accordingly, the parties are stipulating to and requesting an extension of the due date of Initial Disclosures, to and including July 9, 2007, to allow Ms. Barnes time to complete the initial disclosures.

DATED: July 6, 2007          GREENBERG GLUSKER FIELDS
                             CLAMAN & MACHTINGER LLP


                             By:_____
                              NATASHA A. BELLFROTH
                              Attorneys for Defendants Oroville Plaza
                              Company, Oroville Plaza Shopping Center,
                              L.P., and Albert B. Glickman & Associates,
                              and Counterclaimant Orville Plaza Shopping
                              Center, L.P.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DATED: July 6, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: /s/ J.T. Wells Blaxter

J.T. Wells Blaxter
Attorneys for Plaintiffs
GRH KAYSVILLE, LLC and
JASON HAWKINS HOLDINGS, LLC

**ORDER**

IT IS SO ORDERED.

DATED: July 11, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1591894.1
31625-02003

PDF created with pdfFactory trial version www.pdffactory.com