1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908)
2  J. T. WELLS BLAXTER (Bar No. 190222)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:     (415) 398-8080
4  Facsimile:     (415) 398-5584
   Email:         morlick@jmbm.com
5                 wblaxter@jmbm.com

6  Attorneys for Plaintiffs and Counter-defendants
   GRH KAYSVILLE, LLC and
7  JASON HAWKINS HOLDINGS, LLC

8

9

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company, | CASE NO.     2:07-CV-00440-MCE-GGH |
| 15              Plaintiffs, | **STIPULATION AND PROPOSED ORDER AMENDING PRETRIAL ORDER** |
| 16       v. | |
| 17  OROVILLE PLAZA COMPANY, a California Partnership; OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California Corporation, | |
| 20              Defendants. | |
| 21  OROVILLE PLAZA SHOPPING CENTER, L.P. | |
| 23              Counterclaimant, | Trial Date:   July 21, 2008 |
| 24       v. | |
| 25  GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company, | Hon. Morrison C. England, Jr. |
| 27              Counter-defendants. | |

1   **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES**
2   **IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record as follows:
3   WHEREAS Defendants filed the Answer to Plaintiffs' First Amended Complaint on May
4   24, 2007;
5   WHEREAS Defendants filed the Counterclaim for Breach of Contract; Demand for Jury
6   Trial on May 24, 2007;
7   WHEREAS the Pretrial (Status) Scheduling Order dated June 5, 2007provides that no
8   joinder of parties or amendments to pleadings shall be permitted without leave of court, good cause
9   having been shown.
10  WHEREAS Plaintiffs filed a motion for summary judgment and a motion for preliminary
11  injunction on July 10, 2007 and these motions are still pending;
12  WHEREAS Defendants intend to seek leave of court to amend the Answer and
13  Counterclaim;
14  WHEREAS the Court issued its Pretrial (Status) Scheduling Order on June 5, 2007 in which
15  the Court set an October 19, 2007 deadline for the completion of nonexpert discovery and a
16  December 19, 2007 deadline for the disclosure of expert witnesses;
17  WHEREAS the parties are cognizant of the admonition in the Pretrial (Status) Scheduling
18  Order that "agreement by the parties pursuant to stipulation alone does not constitute good cause";
19  WHEREAS the parties do not wish to consume valuable judicial resources on motion
20  practice relating to amendment of the pleadings;
21  AND WHEREAS the parties have agreed that if the Amended Answer and Amended
22  Counterclaim are permitted to be filed, the case will no longer be at issue and both Plaintiffs and
23  Defendants will need to engage in further discovery in order to prepare this matter for trial on July
24  21, 2007.  Plaintiffs will only stipulate to Defendants filing an Amended Answer and Amended
25  Counterclaim if the Court grants the parties' request for at least an additional sixty (60) days for
26  nonexpert discovery so Plaintiffs can meet these new allegations;
27  ///
28  ///

1    IT IS HEREBY AGREED AND STIPULATED by and between all parties, through their

2  respective counsel that the Pretrial (Status) Scheduling Order shall be amended to permit

3  Defendants to file the amended Answer and Counterclaim attached hereto as Exhibit "A," to extend

4  the deadline for the completion of nonexpert discovery until December 31, 2007 and to extend the

5  deadline for the disclosure of expert witnesses until January 31, 2008.

6

7    **IT IS SO STIPULATED.**

8

9  DATED:  September 28, 2007          JEFFER, MANGELS, BUTLER & MARMARO LLP

10

11

12                                      By:_____ */s/ J.T. Wells Blaxter*_____

13                                      Attorneys for Plaintiffs and Counter defendants
                                        GRH KAYSVILLE, LLC and JASON HAWKINS
14                                      HOLDINGS, LLC

15  DATED:  September 28, 2007          BRIGIT S. BARNES & ASSOCIATES, INC.

16

17
                                        By:_____ */s/ Brigit S. Barnes*_____
18
                                        Attorneys for Defendants OROVILLE PLAZA
19                                      COMPANY, OROVILLE PLAZA SHOPPING
                                        CENTER, L.P. and ALBERT B. GLICKMAN &
20                                      ASSOCIATES and Counter claimant OROVILLE
                                        PLAZA SHOPPING CENTER L.P.
21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**ORDER**

Pursuant to the foregoing stipulation, **IT IS SO ORDERED** that the June 5, 2007 Pretrial (Status) Scheduling Order is hereby amended to allow Defendants leave to file the Amended Answer and Amended Counterclaim attached hereto as Exhibit "A."  The Amended Answer and Counterclaim shall be filed and served within ten (10) days of entry of this Order granting leave to amend, and any responsive pleading shall be filed by Plaintiffs and Counterdefendants within twenty (20) days thereafter.

**IT IS FURTHER ORDERED** that the June 5, 2007 Pretrial (Status) Scheduling Order is hereby amended to extend the deadline for the completion of nonexpert discovery until December 31, 2007.

**IT IS FURTHER ORDERED** that the June 5, 2007 Pretrial (Status) Scheduling Order is hereby amended to extend the deadline for the disclosure of expert witnesses until January 31, 2008.

**IT IS SO ORDERED.**

DATED: October 10, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE