1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908)
2  J. T. WELLS BLAXTER (Bar No. 190222)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584
   Email:        morlick@jmbm.com
5                wblaxter@jmbm.com

6  Attorneys for Plaintiffs and Counter-defendants
   GRH KAYSVILLE, LLC and
7  JASON HAWKINS HOLDINGS, LLC

8

9

10                   UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company, | CASE NO.  2:07-CV-00440-MCE-GGH |
| 13 | |
| 14 | |
| 15             Plaintiffs, | |
| 16       v. | **STIPULATION AND ORDER AMENDING PRETRIAL ORDER** |
| 17  OROVILLE PLAZA COMPANY, a California Partnership; OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California Corporation, | Trial Date:  July 21, 2008 Hon. Morrison C. England, Jr. |
| 18 | |
| 19             Defendants. | |
| 20  OROVILLE PLAZA SHOPPING CENTER, L.P. | |
| 21 | |
| 22             Counterclaimant, | |
| 23       v. | |
| 24  GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company, | |
| 25 | |
| 26 | |
| 27             Counter-defendants. | |

28

1   **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES**
2   **IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record as follows:
3   WHEREAS Plaintiffs filed a Motion for Summary Judgment and a Motion for Preliminary
4   Injunction on July 10, 2007, and these motions were taken under submission and rulings are still
5   pending;
6   WHEREAS the Court has indicated that it will not be until January 2008, at the earliest that
7   the Court will be able to rule on these pending motions;
8   WHEREAS the Court issued its Pretrial (Status) Scheduling Order on June 5, 2007 in which
9   the Court set an October 19, 2007 deadline for the completion of non-expert discovery and a
10  December 19, 2007 deadline for the disclosure of expert witnesses;
11  WHEREAS the Court amended the Pretrial Order on October 10, 2007 and extended the
12  deadline for the completion of non-expert discovery until December 31, 2007 and the deadline for
13  the disclosure of expert witnesses until January 31, 2008;
14  WHEREAS the parties are cognizant of the admonition in the Pretrial (Status) Scheduling
15  Order that "agreement by the parties pursuant to stipulation alone does not constitute good cause";
16  AND WHEREAS the parties have scheduled depositions throughout the month of December
17  and should be able to conclude all factual discovery, including any motion practice related thereto
18  by January 31, 2008;
19  IT IS HEREBY AGREED AND STIPULATED by and between all parties, through their
20  respective counsel that the deadline for the completion of non-expert discovery shall be extended
21  until January 31, 2008 and the deadline for the disclosure of expert witnesses shall be extended until
22  February 29, 2008.  Finally, the parties respectfully request that the Pretrial Order be amended to
23  state that all dispositive motions, except motions for continuances, temporary restraining orders or
24  other emergency applications shall be heard no later than April 30, 2008.
25  ///
26  ///
27  ///
28  ///

**IT IS SO STIPULATED.**

DATED: December 10, 2007          JEFFER, MANGELS, BUTLER & MARMARO LLP

By:     /s/ J.T. Wells Blaxter

Attorneys for Plaintiffs and Counter defendants GRH KAYSVILLE, LLC and JASON HAWKINS HOLDINGS, LLC

DATED: December 10, 2007          BRIGIT S. BARNES & ASSOCIATES, INC.

By:     /s/ Brigit S. Barnes

Attorneys for Defendants OROVILLE PLAZA COMPANY, OROVILLE PLAZA SHOPPING CENTER, L.P. and ALBERT B. GLICKMAN & ASSOCIATES and Counter claimant OROVILLE PLAZA SHOPPING CENTER L.P.

## ORDER

The Pretrial Status Scheduling Order is amended to reflect the following dates:

1. The discovery deadline is continued to January 31, 2008;

2. The disclosure of experts is due on or before February 29, 2008;

3. Dispositive motions must be heard not later than April 18, 2008;

4. The June 20, 2008 Final Pretrial Conference is vacated and continued to July 11, 2008 at 9:00 a.m. in Courtroom 3;

5. The July 21, 2008 jury trial is vacated and continued to August 25, 2008 at 9:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

DATED: December 13, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

642505v1

- 3 -