JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908)
J. T. WELLS BLAXTER (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584
Email:    morlick@jmbm.com
          wblaxter@jmbm.com

Attorneys for Plaintiffs and Counter-defendants
GRH KAYSVILLE, LLC and
JASON HAWKINS HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>OROVILLE PLAZA COMPANY, a California Partnership; OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California Corporation,<br><br>　　　　　　Defendants. | CASE NO.    2:07-CV-00440-MCE-GGH<br><br>**STIPULATION AND ORDER AMENDING PRETRIAL ORDER** |
| OROVILLE PLAZA SHOPPING CENTER, L.P.<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company,<br><br>　　　　　　Counter-defendants. | Trial Date:    February 23, 2009<br><br>Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record as follows:

WHEREAS Plaintiffs filed a Motion for Summary Judgment and a Motion for Preliminary Injunction on July 10, 2007, and these motions were taken under submission and rulings are still pending;

WHEREAS the Court, on its own motion, has continued the trial of this matter until February 23, 2009;

WHEREAS the deposition of a third party witness was scheduled for January 25, 2008, however, that witness recently became unavailable for deposition and the parties are in the process of evaluating how to proceed;

WHEREAS the parties believe additional time to continue on-going settlement negotiations would be beneficial;

WHEREAS the parties are cognizant of the admonition in the Pretrial (Status) Scheduling Order that "agreement by the parties pursuant to stipulation alone does not constitute good cause";

IT IS HEREBY AGREED AND STIPULATED by and between all parties, through their respective counsel that the deadline for the completion of non-expert discovery shall be extended until March 31, 2008 and the deadline for the disclosure of expert witnesses shall be extended until April 30, 2008.  Finally, the parties respectfully request that the Pretrial Order be amended to state that all dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications shall be heard no later than May 30, 2008.

**IT IS SO STIPULATED.**

DATED: January 29, 2008                JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____*/s/ J.T. Wells Blaxter*_____

Attorneys for Plaintiffs and Counter defendants GRH KAYSVILLE, LLC and JASON HAWKINS HOLDINGS, LLC

1  DATED: January 29, 2008                    BRIGIT S. BARNES & ASSOCIATES, INC.

By: _____*/s/ Brigit S. Barnes*_____

Attorneys for Defendants OROVILLE PLAZA COMPANY, OROVILLE PLAZA SHOPPING CENTER, L.P. and ALBERT B. GLICKMAN & ASSOCIATES and Counter claimant OROVILLE PLAZA SHOPPING CENTER L.P.

*   *   *

## **ORDER**

Pursuant to the foregoing stipulation, **IT IS SO ORDERED** that the Pretrial (Status) Scheduling Order is hereby amended to extend the deadline for the completion of non-expert discovery until March 31, 2008.

**IT IS FURTHER ORDERED** that the Pretrial (Status) Scheduling Order is hereby amended to extend the deadline for the disclosure of expert witnesses until April 30, 2008.

**IT IS FURTHER ORDERED** that the Pretrial (Status) Scheduling Order is hereby amended to state that all dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications shall be heard no later than May 30, 2008.

**IT IS SO ORDERED.**

**DATED:** February 5, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE