1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908)
2  J. T. WELLS BLAXTER (Bar No. 190222)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584
   Email:        morlick@jmbm.com
5                wblaxter@jmbm.com

6  Attorneys for Plaintiffs and Counter-defendants
   GRH KAYSVILLE, LLC and
7  JASON HAWKINS HOLDINGS, LLC

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12                             SACRAMENTO DIVISION

| | |
|---|---|
| GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company,<br><br>          Plaintiffs,<br><br>    v.<br><br>OROVILLE PLAZA COMPANY, a California Partnership; OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California Corporation,<br><br>          Defendants.<br><br>OROVILLE PLAZA SHOPPING CENTER, L.P.<br><br>          Counterclaimant,<br><br>    v.<br><br>GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company,<br><br>         Counter-defendants. | CASE NO.    2:07-cv-00440-MCE-GGH<br><br>**STIPULATION AND ORDER AMENDING PRETRIAL ORDER**<br><br><br><br><br><br><br><br><br>Trial Date:    February 23, 2009<br><br>Hon. Morrison C. England, Jr. |

PRINTED ON
RECYCLED PAPER

EAP SF 700592v1 68000-0001 3/31/08

Stipulation and [Proposed] Order
Case No. 07 CV 440 MCE-GGH

1 **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record and hereby respectfully request the Court enter the proposed Order which follows:

WHEREAS Plaintiffs filed a Motion for Summary Judgment and a Motion for Preliminary Injunction on July 10, 2007, and the ruling on these motions were issued on March 28, 2008;

WHEREAS the Court, on its own motion, has continued the trial of this matter until February 23, 2009;

WHEREAS the deposition of a third party witness was scheduled for January 25, 2008; however, the witness became unavailable for deposition by leaving the employ of the third party company on whom the subpoena had been served; the parties are endeavoring to reacquire jurisdiction of that witness or to agree on other discovery to substitute for the loss of that witness; and other depositions noticed or requested by the parties have been or are being scheduled or rescheduled by mutual agreement;

WHEREAS the parties are exploring mediation and have exchanged the names of potential mediators;

WHEREAS the parties believe additional time to continue discovery and on-going settlement negotiations would be beneficial;

WHEREAS the parties are cognizant of the admonition in the Pretrial (Status) Scheduling Order that "agreement by the parties pursuant to stipulation alone does not constitute good cause";

IT IS HEREBY AGREED AND STIPULATED by and between all parties, through their respective counsel that the deadline for the completion of non-expert discovery shall be extended until May 31, 2008 and the deadline for the disclosure of expert witnesses shall be extended until June 30, 2008.  Finally, the parties respectfully request that the Pretrial Order be amended to state that all dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications shall be heard no later than July 31, 2008.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  March 31, 2008 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____*/s/ Martin H. Orlick*_____ |
| 5 | | Attorneys for Plaintiffs and Counter defendants GRH KAYSVILLE, LLC and JASON HAWKINS HOLDINGS, LLC |
| 6 | | |
| 7 | DATED:  March 31, 2008 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |
| 8 | | |
| 9 | | |
| 10 | | By:_____*/s/ Garrett L. Hanken*_____ |
| 11 | | Co-Counsel for Defendants OROVILLE PLAZA COMPANY, OROVILLE PLAZA SHOPPING CENTER, L.P. and ALBERT B. GLICKMAN & ASSOCIATES and Counter claimant OROVILLE PLAZA SHOPPING CENTER L.P. |
| 12 | | |
| 13 | | *   * |

PRINTED ON RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Marmaro LLP

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing therefore, **IT IS SO ORDERED** that the Pretrial (Status) Scheduling Order is hereby amended to extend the deadline for the completion of non-expert discovery until May 31, 2008.

**IT IS FURTHER ORDERED** that the Pretrial (Status) Scheduling Order is hereby amended to extend the deadline for the disclosure of expert witnesses until June 30, 2008.

**IT IS FURTHER ORDERED** that the Pretrial (Status) Scheduling Order is hereby amended to state that all dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications shall be heard no later than July 31, 2008. The February 23, 2009, trial date remains unchanged.

**IT IS SO ORDERED.**

**DATED:** April 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE