1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908)
2  CHRISTOPHER DOYLE (Bar No. 190016)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584
   Email:        morlick@jmbm.com
5                cdoyle@jmbm.com

6  Attorneys for Plaintiffs and Counter-defendants
   GRH KAYSVILLE, LLC and
7  JASON HAWKINS HOLDINGS, LLC

8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company, | CASE NO.    2:07-cv-00440-MCE-GGH |
| 15                       Plaintiffs, | **STIPULATION AND ORDER AMENDING PRETRIAL ORDER** |
| 16       v. | |
| 17  OROVILLE PLAZA COMPANY, a California Partnership; OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California Corporation, | |
| 20                       Defendants. | |
| 21  OROVILLE PLAZA SHOPPING CENTER, L.P. | |
| 23                       Counterclaimant, | Trial Date:   February 23, 2009 |
| 24       v. | |
| 25  GRH KAYSVILLE, LLC, an Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC, an Idaho Limited Liability Company, | Hon. Morrison C. England, Jr. |
| 27                       Counter-defendants. | |

1 **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES
2 IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record who hereby
3 respectfully request the Court enter the proposed Order which follows:

4 WHEREAS Plaintiffs filed a Motion for Summary Judgment and a Motion for Preliminary
5 Injunction on July 10, 2007, and the ruling on these motions was issued on March 28, 2008;

6 WHEREAS the Court, on its own motion, has continued the trial of this matter until
7 February 23, 2009;

8 WHEREAS the parties are actively engaged in deposition and document discovery, and are
9 meeting and conferring over discovery disputes to avoid Court intervention.

10 WHEREAS the parties have scheduled mediation before the Honorable Haley Fromholz of
11 JAMS for June 2-3, 2008;

12 WHEREAS the parties believe additional time to continue discovery, to resolve discovery
13 disputes informally and to pursue mediation and settlement negotiations would be beneficial;

14 WHEREAS the parties are cognizant of the admonition in the Pretrial (Status) Scheduling
15 Order that "agreement by the parties pursuant to stipulation alone does not constitute good cause";

16 IT IS HEREBY AGREED AND STIPULATED by and between all parties, through their
17 respective counsel that the deadline for the completion of non-expert discovery shall be extended
18 until July 15, 2008, and the deadline for the disclosure of expert witnesses shall be extended until
19 August 15, 2008.  In all other respects, the Court's prior Pretrial (Status) Scheduling Order shall
20 remain in effect.

22 **IT IS SO STIPULATED.**

23 DATED: May 9, 2008                         JEFFER, MANGELS, BUTLER & MARMARO LLP

By:_____ */s/ Martin H. Orlick*_____

Attorneys for Plaintiffs and Counter defendants
GRH KAYSVILLE, LLC and JASON HAWKINS
HOLDINGS, LLC

DATED: May 9, 2008

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP


By: _____ */s/ Garrett L. Hanken* _____

Co-Counsel for Defendants OROVILLE PLAZA COMPANY, OROVILLE PLAZA SHOPPING CENTER, L.P. and ALBERT B. GLICKMAN & ASSOCIATES and Counter claimant OROVILLE PLAZA SHOPPING CENTER L.P.

*   *   *

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing therefore, the Pretrial (Status) Scheduling Order is amended by the Court as follows:

The discovery deadline is extended to July 15, 2008. The expert witness deadline is continued to August 15, 2008. Dispositive motions must be heard not later than September 15, 2008. The January 9, 2009 Final Pretrial Conference is vacated and continued to July 10, 2009 at 9:00 a.m. in Courtroom 7. The Joint Final Pretrial Statement is due not later than June 19, 2009. The February 23, 2009 Jury Trial is vacated and continued to August 24, 2009 at 9:00 a.m. in Courtroom 7.

**IT IS SO ORDERED.**

**DATED:** May 20, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE