GARRETT L. HANKEN (CSB #057213)
SUANN MACISAAC (CSB #205659)
NATASHA BELLROTH (CSB #223482)
GREENBERG GLUSKER FIELDS
 CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA  90067-4590
Telephone:     (310) 553-3610
Facsimile:      (310) 553-0687
ghanken@ggfirm.com

BRIGIT S. BARNES & ASSOCIATES, INC.
BRIGIT S. BARNES, ESQ. CSB #122673
SUSAN M. VERGNE, ESQ. CSB #236308
3262 Penryn Road, Suite 200
Loomis, CA  95650
Telephone:    (916) 660-9955
Facsimile:     (916) 660-9554

Attorneys for Defendants Oroville Plaza Company, Oroville Plaza Shopping Center, L.P., and Albert B. Glickman & Associates, and Counter-Claimant Oroville Plaza Shopping Center, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GRH KAYSVILLE, LLC; and Idaho Limited Liability Company and JASON HAWKINS HOLDINGS, LLC; an Idaho Limited Liability Company,<br><br>    Plaintiffs,<br> v.<br><br>OROVILLE PLAZA COMPANY, a California Partnership, OROVILLE PLAZA SHOPPING CENTER, L.P., a California Limited Partnership and ALBERT B. GLICKMAN & ASSOCIATES, a California partnership,<br><br>    Defendants. | CASE NO. 2:07-CV-00440 MCE-GGH<br><br>Assigned To:  Hon. Morrison C. England, Jr.<br><br>**CONTINGENT STIPULATION AND ORDER AMENDING PRETRIAL ORDER** |
| OROVILLE PLAZA SHOPPING CENTER, L.P.,<br><br>    Counter-claimant.<br> v.<br><br>GRH KAYSVILLE, LLC; an Idaho Limited Liability Company and JASON HAWKINS HOLDING, LLC; an Idaho Limited Liability Company,<br><br>    Counter-defendants. | Trial Date:     August 24, 2009 |

PRINTED ON
RECYCLED PAPER

747847v3

CONTINGENT STIPULATION & [PROPOSED] ORDER AMENDING PRETRIAL ORDER

1    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL
2 PARTIES IN THE ABOVE-ENTITLED ACTION through their respective counsel of record who
3 hereby respectfully request the Court enter the proposed Order which follows:
4    WHEREAS Plaintiffs filed a Motion for Summary Judgment and a Motion for
5 Preliminary Injunction on July 10, 2007, and the ruling on these motions was issued on March 28,
6 2008;
7    WHEREAS the Court on its own motion, in response to a prior stipulation to enlarge
8 the discovery period, has continued the trial of this matter until August 24, 2009;
9    WHEREAS the parties are actively engaged in deposition and document discovery,
10 and are meeting and conferring over discovery disputes to avoid Court intervention;
11    WHEREAS the parties participated in a mediation before the Honorable Haley
12 Fromholz of JAMS on June 2, 2008, have continued settlement negotiations in the weeks following
13 that mediation and are considering scheduling a further mediation for July 29, 2008;
14    WHEREAS certain previously scheduled depositions were postponed in aid of the
15 foregoing settlement negotiations;
16    WHEREAS the parties believe additional time to continue discovery to resolve
17 discovery disputes informally and to pursue mediation and settlement negotiations would be
18 beneficial;
19    WHEREAS the parties are specifically requesting, and this Stipulation and Proposed
20 Order are expressly contingent upon (without prejudice to the parties' right to seek or object to
21 similar relief by motion if this Stipulation should fail upon this contingency), this Court retaining
22 the dates set forth in the May 21, 2008 Stipulation and Order Amending Pretrial Order for the
23 disclosure of experts, scheduled for August 15, 2008 (without prejudice to the parties' rights to seek
24 to extend the expert witness disclosure deadline upon noticed motion for good cause shown), the
25 dispositive motion hearing deadline, scheduled for September 15, 2008, the June 19, 2009 deadline
26 for filing the Joint Final Pretrial Statement, the July 10, 2009 Final Pretrial Conference and the
27 August 24, 2009 Jury Trial.
28

1   WHEREAS Plaintiffs are willing to hereby stipulate to extend the non-expert
2   discovery cut-off date to August 22, 2008, if, and only if, the August 24, 2009 trial date and all of
3   the foregoing scheduled dates, remain unchanged.  In the event the Court is considering continuing
4   the current trial date, or the other dates above, as a result of this request for an extension of the non-
5   expert discovery cut-off, or otherwise, this Stipulation and Proposed Order shall be withdrawn by
6   the parties, and shall be null and void.

7   WHEREAS the parties are cognizant of the admonition in the Pretrial (Status)
8   Scheduling Order that "agreement by the parties pursuant to stipulation alone does not constitute
9   good cause;"

10   IT IS HEREBY AGREED AND STIPULATED by and between all parties, through
11   their respective counsel that, provided the Court does not continue the current deadline of
12   August 15, 2008 for the disclosure of expert witnesses (without prejudice to the parties' rights to
13   seek to extend the expert witness disclosure deadline upon noticed motion for good cause shown),
14   the September 15, 2008 hearing deadline for dispositive motions, June 19, 2009 for submission of
15   the Joint Final Pretrial Statement, the July 10, 2009 Final Pretrial Conference, or the August 24,
16   2009 Jury Trial, the deadline for the completion of non-expert discovery shall be extended from
17   July 15, 2008 until August 22, 2008.  In all other respects, the Court's Pretrial (Status) Scheduling
18   Order, as amended by the May 21, 2008 Stipulation and Order Amending Pretrial Order, shall
19   remain unchanged and in effect, and the August 24, 2009 Trial date, and all other dates therein,
20   shall remain unchanged.

21   IT IS FURTHER AGREED AND STIPULATED by and between all parties through
22   their respective counsel that if the Court is inclined to continue the August 15, 2008 deadline for
23   expert witness disclosure, the September 15, 2008 deadline for hearing dispositive motions, the
24   July 10, 2009 Final Pretrial Conference or the August 24, 2009 Jury Trial date, this Stipulation shall
25   be withdrawn by all parties, and shall be null and voice, and of no force and effect.

26   IT IS FURTHER AGREED AND STIPULATED by and between all parties through
27   their respective counsel that, if this Stipulation fails as a result of the contingency stated in the
28   preceding two (2) paragraphs, all parties retain the right to seek or object to similar relief to that

1  provided for in this Stipulation and that the fact that the parties signed this Stipulation shall not

2  impair or prejudice their claim of right to or object to such relief.

3          IT IS SO STIPULATED.

4  DATED:  July 3, 2008        GREENBERG GLUSKER FIELDS
                                                  CLAMAN & MACHTINGER LLP

By: /s/ Garrett L. Hanken, Esq.
        GARRETT L. HANKEN
Attorneys for Defendants Oroville Plaza Company, Oroville Plaza Shopping Center, L.P., and Albert B. Glickman & Associates, and Counter-Claimant Oroville Plaza Shopping Center, L.P.

DATED:  July 3, 2008        JEFFER, MANGELS, BUTLER & MARMARO LLP

By:  /s/ Martin H. Orlick, Esq.
        MARTIN H. ORLICK
Attorneys for Plaintiffs and Counter Defendants GRH KAYSVILLE, LLC and JASON HAWKINS HOLDINGS, LLC

**<u>ORDER</u>**

        Pursuant to the foregoing Contingent Stipulation, and [Proposed] Order Amending Pretrial Order, and good cause appearing therefor, IT IS SO ORDERED that the Pretrial (Status) Scheduling Order of June 5, 2008, as amended by the Stipulation and Order Amending Pretrial Order of May 21, 2008, is hereby amended solely for the purpose of extending the deadline for the completion of non-expert discovery until August 22, 2008 (without prejudice to the parties' rights to seek to extend the expert witness disclosure deadline by noticed motion upon good cause shown).

        IT IS FURTHER ORDERED that the Stipulation and Order Amending Pretrial Order of May 21, 2008, setting August 15, 2008 for expert witness disclosures, September 15, 2008 for hearing dispositive motions, June 19, 2009 for submission of the Joint Final Pretrial Statement, the July 10, 2009 Final Pretrial Conference and the August 24, 2009 Jury Trial, shall remain unchanged.

1       Except as specifically amended by this Order, this Court's Pretrial (Status)
2  Scheduling Order dated June 5, 2008, as amended by that certain Stipulation and Order Amending
3  Pretrial Order dated May 21, 2008, shall remain unchanged.
4       IT IS SO ORDERED.
5  DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PRINTED ON RECYCLED PAPER